STILES v. INTERNATIONAL RY. CO. et al. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by Clarence Stiles against the International Railway Company and the Crosstown Street Railway Company of Buffalo.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants, except WILLIAMS, J., who dissents upon the

ground that the questions of negligence and contributory negligence were questions of fact for the jury.